UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-115-1BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER TO DISMISS |
| v. | ) | ARREST WARRANT |
| | ) | |
| DAVID RICKY GODWIN | ) | |

THIS MATTER AROSE upon the United States' Motion to Dismiss Arrest Warrant. For good cause shown and for the reasons stated in the Government's Motion, the Government's Motion is hereby allowed, and the arrest warrant is hereby dismissed.

IT IS SO ORDERED, this the 24 day of June, 2015.

THE HONORABLE TERRENCE W. BOYLE
United States District Judge