IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-115-1-BO
NO. 5:15-CR-115-2-BO
NO. 5:15-CR-115-3-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **REASSIGNMENT ORDER** |
| | ) |
| DAVID RICKY GODWIN | ) |
| DAVID RICKY GODWIN, JR. | ) |
| RGB, INC., now known as REGIONAL AMUSEMENTS, INC., | ) |
| | ) |
| Defendants. | ) |

At the direction of the Court, and for the continued efficient administration of justice, the above captioned cases are reassigned to the Honorable James C. Dever III, Chief United States District Judge, for all further proceedings.

This 7th day of July, 2015.

      /s/Julie Richards Johnston
      CLERK OF COURT