UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-1157-D
NO. 5:15-CR-1152-D
NO. 5:15-CR-115-3-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| DAVID RICKY GODWIN, SR., DAVID RICKY GODWIN, JR., REGIONAL AMUSEMENTS, INC. | |

This matter is before the Court based on the Defendants' Unopposed Motion to Modify the Scheduling Order. For the reasons stated in that Motion, IT IS ORDERED that:

1. The deadline for discovery-related motions under Rules 16 and 41 in Section II(B) of this Court's August 4, 2015, Scheduling Order (Dkt. 42), currently set for October 30, 2015, is hereby vacated; and

2. The parties shall submit a status report no later than October 30, 2015, to re-set the deadline for discovery motions and to discuss any related issues.

SO ORDERED, this the 15 day of October, 2015.

JAMES C. DEVER, III
Chief United States District Judge