UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-115-1-D
NO. 5:15-CR-115-2-D
NO. 5:15-CR-115-3-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| DAVID RICKY GODWIN, SR.,<br>DAVID RICKY GODWIN, JR.,<br>REGIONAL AMUSEMENTS, INC. | |

This matter is before the Court based on the parties' Joint Status Report, filed with the Court on October 30, 2015. For the reasons stated in the Status Report, IT IS ORDERED that:

1. The current scheduling order, including the arraignment and trial dates in this matter (Dkt. 42), is vacated.

2. The government shall file responses to the pre-trial motions already filed by Defendants no later than November 16, 2015.

3. The parties shall continue to file joint status reports with the Court every thirty days, until such time that a new scheduling order is entered in this case.

4. The period of time between the current trial date and the new trial date caused by this modification is excluded from Speedy Trial Act calculations.

SO ORDERED, this the 30th day of October, 2015.

JAMES C. DEVER, III
Chief United States District Judge