UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00115-1D; 5:15-CR-00115-2D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER FOR DISMISSAL OF COUNTS |
| v. ) | 3-21 AS TO DAVID RICKY GODWIN AND |
| ) | DAVID RICKY GODWIN JR. |
| DAVID RICKY GODWIN ) | |
| DAVID RICKY GODWIN, JR. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of the Court, the United States Attorney for the Eastern District of North Carolina hereby dismisses Counts 3-21 against David Ricky Godwin and David Ricky Godwin Jr. of the Second Superseding Indictment filed on August 11, 2015 without prejudice. The United States believes that dismissal of these counts will conserve judicial and prosecutorial resources. The United States is not conceding that the *Defendants' Motion to Dismiss Counts 3-21 for Violation of the Fifth Amendment Privilege Against Self-incrimination* has merit or that 15 U.S.C. § 1173, as applied to natural persons, violates the Fifth Amendment right against self-incrimination.

THOMAS G. WALKER
United States Attorney

/s/ David A. Bragdon
DAVID A. BRAGDON, State Bar No. 33564
Assistant United States Attorney, Criminal Division
U.S. Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Phone: 919-856-4530; Fax: 919-856-4487
e-mail: david.bragdon@usdoj.gov

_____Dever_____
The Honorable James C. Dever III
Chief United States District Judge

2/3/16
Date