UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-115-D

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| | : | MOTION TO SEAL |
| v. | : | |
| | : | |
| DAVID RICKY GODWIN | : | |
| | : | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 89 and its accompanying Orders in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

SO ORDERED.

This the __29__ day of __February__, 2016

THE HONORABLE JAMES C. DEVER III
Chief United States District Judge