UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-115-1-D, No. 5:15-CR-115-1-D, No. 5:15-CR-115-1-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| DAVID RICKY GODWIN, | ) | |
| DAVID RICKY GODWIN JR., | ) | |
| RGB, INC. | ) | |

      Defendants.

Upon motion of Defendants, it is hereby ORDERED that Docket Entry Number 91 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the __29__ day of __February__, 2016.

_____
JAMES C. DEVER III
Chief United States District Judge