UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-115-1-D, No. 5:15-CR-115-1-D, No. 5:15-CR-115-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| DAVID RICKY GODWIN, ) | |
| DAVID RICKY GODWIN JR., ) | |
| RGB, INC. ) | |

Defendants.

Upon motion of Defendants, it is hereby ORDERED that Docket Entry Number 93 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the __19__ day of _February_, 2016.

JAMES C. DEVER III
Chief United States District Judge