UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:15-CR-115-1-D
5:15-CR-115-2-D
5:15-CR-115-3-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| DAVID RICKY GODWIN, | ) | |
| DAVID RICKY GODWIN JR., | ) | |
| RGB, INC. | ) | |

Defendants.

Upon motion of Defendants, it is hereby ORDERED that Docket Entry Number 116 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the 21 day of October, 2016.

_____
James C. Dever
U.S. District Judge